Steven Wayne Bonilla
California Medical Facility
J-48500, H3-315, P.a Box 2000
Vacaville, CA 95696

**FILED**

May 29, 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California

Steven Wayne Bonilla,
Plaintiff / Petitioner,

-V-

Mendocino County
Superior Court
Defendant

Case No. 4:26-cv-05109 PJH

REQUESTING WRIT OF EXECUTION
TO ENFORCE STATUTORY LIEN
#1). FRAUD UPON THE COURT
#2). OBSTRUCTION OF JUSTICE
#3). FALSE IMPRISONMENT

- Expedited Review Required -

STATUTORY LIEN

A statutory lien is a lien arising solely by force of statute on specific circumstances or conditions. A statutory lien is the only lien that arises automatically on a statute, and is not based on an agreement to give a lien or on judicial action, but on performance of an obligation, [11 USCS § 101 (38)].

Statement of Facts

1). Petitioner's records were obtained in an illegal search and seizure.

2). The Prosecution covered it up by falsely and fraudulently claiming to the Alameda County Superior Court, Case No. H-12310-A, that the records

- 1 -

had been obtained by the FBI with a federal grand jury subpoena.

3). Thus, committing fraud upon the court, as proven by the FBI "ADMITTING", under Oath, in federal Court, Case No. C-03-0636 MHP, that the federal grand jury subpoena, for the Petitioner's records, NEVER EXISTED.

4). A judgment obtained by fraud is void. [98 US 61]. Which is subject to collateral attack ANYWHERE. [28 F. Supp. 462].

5). Pursuant to Cal. Gov. Code § 815.6, the entities involved are liable for the injuries caused by their failure to discharge their duty, to grant relief for the fraud committed upon the court.

6). Pursuant to the liability mandated in Cal. Gov. Code § 815.6, that the injuries caused by the defendants failure to discharge their duty then became an automatic statutory lien against them for the damages.

7). See (Exhibit A), for the damages the defendants owe the Petitioner for failing to discharge their duty to grant relief from fraud upon the court.

8). Failure to perform their mandatory duty was obstruction of justice in violation of Penal Code § 182(a)(5) and 18 USC § 241, 242 resulting in the continued false imprisonment of the Petitioner.

9). Actual innocence precludes abuse of writ, vexatious litigation and being procedurally barred, pursuant to [499 US 467, 497].

## Relief Sought

1). For the court to issue a Writ of Execution to enforce the statutory lien established by Cal. Gov. Code § 815.6.

2). To grant mandatory relief for the fraud committed upon the court.

## Verefication

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 USC § 1746.

Dated: April 1, 2026                    Respectfully Submitted

Steven W Bonilla

-2-

# COMPENSATORY

# DAMAGES

# EXHIBIT A

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Drenn Johnson_ □ Agent □ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Drenna John   1/28/12

1. Article Addressed to: State of California
Attorney General Kamala Harris,
Dan Lockyer, Bruce Ortega,
Rei R. Oniski, Kathleen Boergers,
Office of Attorney General
455 Golden Gate Ave, Ste. 11000
San Francisco, CA 94102-7004

D. Is delivery address different from item 1?  ☑ Yes
If YES, enter delivery address below:  □ No

3. Service Type
☑ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)   7011 1570 0000 4010 1350

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

SENDER:
■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a, and 4b.
■ Print your name and address on the reverse of this form so that we can return this card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not permit.
■ Write 'Return Receipt Requested' on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. □ Addressee's Address
2. □ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to: State of California
Attorney General Kamala Harris,
Dan Lockyer, Bruce Ortega, Rei
R. Oniski, Kathleen Boergers,
Office of Attorney General et al
455 Golden Gate Ave, Ste. 11000
San Francisco CA 94102-7004

4a. Article Number   7011 1570 0000 4010 1343

4b. Service Type
□ Registered   ☑ Certified
□ Express Mail   □ Insured
□ Return Receipt for Merchandise   ☑ COD

7. Date of Delivery   1/22/13

5. Received By: (Print Name)   Deann Johnson

6. Signature: (Addressee or Agent)   _Deanna Johnson_

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994   102595-97-B-0179   Domestic Return Receipt

ACQUIESCED

---

SENDER:
■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a, and 4b.
■ Print your name and address on the reverse of this form so that we can return this card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not permit.
■ Write 'Return Receipt Requested' on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. □ Addressee's Address
2. □ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to: State of California
Attorney General, et. al
455 Golden Gate Avenue
Suite 11000
San Francisco, CA
94102-7004

4a. Article Number   7011 1570 0000 4017 6976

4b. Service Type
□ Registered   ☑ Certified
□ Express Mail   □ Insured
□ Return Receipt for Merchandise   □ COD

7. Date of Delivery   7/1/13

5. Received By: (Print Name)   GARCIA

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)
X

PS Form 3811, December 199_

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

AT&T
208 S. AKARD ST.
DALLAS, TX 75202

A. Signature

X _____ □ Agent □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
S LAND                          11-15-11

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered       ☒ Return Receipt for Merchandise
□ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

**2. Article Number**
(Transfer from service label)   7005 0390 0005 6696 9201

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

A C Q U I E S C E D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Teresa Wright   □ Agent □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                7-11-13

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

**1. Article Addressed to:**

Alameda County District
Attorney, et. al.,
1225 Fallon Street #900
Oakland, CA 94612
7011 1570 0000 4017 6990

3. Service Type
☒ Certified Mail   □ Express Mail
□ Registered       □ Return Receipt for Merchandise
□ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

**2. Article Number**
(Transfer from service label)   7011 1570 0000 4017 6990

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. □ Addressee's Address
2. □ Restricted Delivery
Consult postmaster for fee.

**3. Article Addressed to:**

Attorney General of the U.S.,
U.S. Attorney's Office,
FBI, et. al.,
P.O. Box 36055
San Francisco, CA 94102

4a. Article Number
7011 1570 0000 4017 6752

4b. Service Type
□ Registered       ☒ Certified
□ Express Mail     □ Insured
□ Return Receipt for Merchandise □ COD

7. Date of Delivery
6-17-13

5. Received by (Print Name)
THE BOSS

6. Signature (Addressee or Agent)
X  _____

8. Addressee's Address (Only if requested and fee is paid)

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

ACCOUNTING OF AMOUNT OF COMPENSATORY & PUNITIVE DAMAGES DUE:

The following compensatory damages were caused by the LIEN DEBTORS' violations of 18 U.S.C. §241, 813, 872, 1001, 1915, RICO §1961 et seq., 641; California Penal Code §125, 134, 153, 182(4)&(5), 186, 211, 418, 496, 518, 519, 532, 2112; & numerous sections of the Uniform Commercial Code §3-106, 3-108, 30110, 3-112 & Part 6.§9-601, et seq & et al §§.

(1) According to the Federal Bureau of Investigation (FBI), Report obtained via the Freedom of Information Act (FOIA), Sunstate Tropical Wholesale Nursery's financial accounts receivable, which was only comprised of money owed to Sunstate in promissory notes, balance on December 31, 1985, was FIFTEEN-MILLION, SEVEN-HUNDRED AND THIRTY-NINE-THOUSAND, EIGHT-HUNDRED AND SEVENTY-SEVEN DOLLARS AND SIXTY-SEVEN CENTS ON promissory notes, they were all bearing accrued interest at the rate of TEN PERCENT PER ANNUM. Due to non-performance and failure to make the annual payments as required by the contractural promissory notes an additional TEN PERCENT PENALTY PER ANNUM HAS BEEN ADDED FOR DEFAULTING on making the annual payments that were required to be done in accordance with the terms of the contractural agreements made in the promissory notes. Therefore, the balance due is calculated by the balance beginning with $15,739,877.67 on December 31, 1985, COMPOUNDED AT TWENTY PERCENT PER ANNUM UNTIL DEFAULT ON JANUARY 18, 2013, amounts to more than TWO-BILLION, ONE-HUNDRED & EIGHTY-TWO MILLION, TWO-HUNDRED & NINETY-THOUSAND DOLLARS. ($2,182,290,943.46).

(2) The Barltz Nightclub's revenue in January 1988, before Susan

PAGE 1 OF 4.

Hanah Harris illegally and by fraud/oppression, seized management of the business on her own and implementing her own changes in managing the Baritz, expense was 4%, maintenance expense 3½%, sales tax 5½%, rent 6%, labor and general administration ran 29%, leaving a cash profit for Independent Caterers' 45% interest in the Baritz Nightclub to be $38,319.00 per month or $459,828.00 per year. This makes the loss of income with the ten percent per annum adjustment, from January 1, 1988, until default on January 17, 2013, to amount to $47,818,838.65. The value of a nightclub business is worth three times its cash profit for the year which made Independent Caterers' forty-five percent valued at $1,319,487.00 in January of 1988. Which makes the current value, adjusted at ten percent per annum, to be $14,026,176.69 as of the default on January 17, 2013. This brings the total loss and damages for Independent Caterers' forty-five percent interest in the Baritz Nightclub to be $61,908,015.34.

(3) The total compensatory damages and loss for the business known as Independent Caterers dba Sunstate Tropical Wholesale Nursery and the Baritz Nightclub's (forty-five percent interest) up until the default on January 17, 2013, is $2,244,199,878.25.

(4) Damages given in punitive statutes, for violation of Racketeering (RICO, 18 U.S.C. §1962, et seq.); and California Penal Code §496(c), are triple of the actual damages' (compensatory damages), to $6,732,599,643.75, which is secured by the real and personal community property of the LIEN DEBTORS.

(5) The total tally of compensatory and punitive damages as of the day of default on January 17, 2013, is EIGHT-BILLION, NINE-HUNDRED AND SEVENTY-SIX-MILLION, SEVEN-HUNDRED AND NINE-THOUSAND, FIVE-HUNDRED

AND THIRTEEN-DOLLARS ($8,976,799,513.00).  This balance continues to accrue at the rate of ten percent per annum from the day of the default on January 18, 2013, until paid in full.  It is secured by real and personal community property of the LIEN DEBTORS; additional damages to be added upon discovery and proof.

(6) Under the applicable rules of law (California Penal Code Section 1202.4), to calculate the damages and liability for the members of the civil conspiracy (Defendants), for the false imprisonment of Sunstate's President it is based on the twelve months of income prior to the false imprisonment of its President, which began on September 20, 1938.  The income for those twelve months is what is owed Sunstate Tropical Wholesale Nursery, which is . the income owed Independent Caterers, Inc., on its fourty-five percent interest in the Baritz Nightclub, from September 20, 1937 until September 19, 1938, which in turn is its President's income for the same period.  Based on the calculations stated above, the income for the twelve months prior to the false imprisonment is nineteen-million, nine-hundred and twenty-six-thousand, one-hundred and five-dollars and four cents  ($19,926,105.04), with the base income adjusted ten percent per annum and the balance accrued at the rate of ten percent per annum from September 20, 1988 until the second default on August 3, 2013, the balance owed for the false imprisonment of Sunstate's President is four-Billion, eight-hundred and fourteen-million, two-hundred and seventy-seven-dollars and thirty-five cents ($4,814,277,377.35).  Damage given by punitive statutes for violation of Racketeering (RICO, 18 U.S.C. §1962, et seq.); and California Penal Code §496(c), are triple of the actual damages given by punitive statutes, brings the punitive damages due as of the day of

PAGE 3 OF 4

default (August 3, 2013) to $14,442,832,132.05, which is secured by real and personal community property of the LIEN DEBTORS.

(7) The total tally of compensation and punitive damages for the false imprisonment of Sunstate's Presidents as of the day of default on August 3, 2013 is nineteen-billion, two-hundred and fifty-seven-million, one-hundred and nine-thousand, five-hundred and nine-dollars and forty-cents. (#19,257,109,509.40). This balance continues to accrue at the rate of ten percent per annum from the day of the default on August 3, 2013 and at the rate of $7,185,666.42 per day until September 19, 2013 and from September 20, 2013 until September 19, 2014 at the rate of $8,130,285.28 per day and from September 20, 2014 until September 19, 2015 at the rate of $9,191,465.22 per day, etc., or until such time as the false imprisonment ceases to continue; and until paid in full. It is secured by the real and personal community property of the LIEN DEBTORS

DATED: _____

The foregoing is declared true and correct under penalty of perjury under the laws of California and the United States of America this 21 day of NOVEMBER 2011 at Tamal, Ca. 94974

DATED: _____

STEVEN GONILCA. AFFIANT, OWNER & MEMBER OF THE BOARD OF DIRECTORS AUTHORIZED TO ACT FOR AND ON BEHALF OF INDEPENDENT CATERERS, INC.

"AFFIDAVIT OF NOTICE OF DEFAULT"