Court Clerk

I am indigent but would you please send me a copy of the attached motion stamped filed and a copy of the court docket.

Thank you
Steven W. Bonilla

RECEIVED

APR 09 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA