CMF
48500
0, Box 2000
acaville, CA 95696

Cal
Corre

U, S, Dist

450 Gold

San Franc

RE

CLERK,
NORTHERN

nia Department of
ns and Rehabilitation

PRIORITY MAIL

US POSTAGE IMI PITNEY BOWES

ZIP 95696    $ 011.70⁰
02 7W
0008032034 APR 07 2026

t Court

Gate avenue

sco, CA 94102

CEIVED

09 2026

DISTRICT COURT
TRICT OF CALIFORNIA

